

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-0055-CR
No. 07-13-0056-CR
No. 07-13-0057-CR

_____

DAVID BENNARD WICKERSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court Nos. 62,326-E, 62,317-E and 62,388-E, Honorable Douglas Woodburn, Presiding

March 13, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, David Bennard Wickerson, appeals his convictions for aggravated assault with a deadly weapon, tampering with physical evidence and possession of a controlled substance. The certification of right to appeal executed by the trial court in each case states that this Ais a plea bargain case and the defendant has NO right of appeal@ and Athe defendant has waived the right of appeal.@ This circumstance was

brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal each case. No such certification was received within the time we allotted. Having received no amended certification, we dismiss the appeals per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.